UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>           **Plaintiff**<br><br>     **vs.**<br><br>**Wisdom Services Inc**<br><br>           **Defendants** | **CIVIL NO.** |

## COMPLAINT

The United States of America, on behalf of its Agency, the Department of Treasury, by its specially appointed counsel, Michael McKeever of KML LAW GROUP, P.C., represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. 1345.

2. The last-known address(es) of the Defendants, Wisdom Services Inc ("Defendant") is 7615 Saltsburg Rd, Pittsburgh, PA 15239.

3. That the Defendant is indebted to the plaintiff in principal amount of $50,107.71, plus interest in the amount of $ 12,043.01, plus administrative fees of $22,425.52, for a total of $84,576.24.  A true and correct copy of the Certificate of Indebtedness is attached as Exhibit "A" ("Certificate of Indebtedness").

4. Demand has been made upon Defendant by Plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, the plaintiff demands judgment against Defendant as follows;

   (A) In the amount $84,576.24.

   (B) Plus filing fee allowed pursuant to 28 U.S.C., Section 1914 in the sum of $350.00.

   (C) Interest from the date of judgment at the legal rate of interest in effect on the date of judgment until paid in full.

   (D) Costs of suit.

 Notice is hereby given to Defendant that Plaintiff intends to seek satisfaction of any judgment rendered in it favor in this action from any debt accruing.

        United States of America by and through
        its specially assigned counsel
        KML Law Group, P.C.

        By: <u>/s/ Michael McKeever</u>
        Michael McKeever
        BNY Independence Center
        701 Market Street
        Suite 5000
        Philadelphia, PA 19106-1532
        (215)825-6303
        MMcKeever@kmllawgroup.com